UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TROY MCRAE,

        Plaintiff,

v.

DHS/ICE,

        Defendant.

Case # 17-CV-6608-FPG

DECISION AND ORDER

---

TROY MCRAE,

        Plaintiff,

v.

D.O. PEASE, D.O. RYAN,

        Defendants.

Case # 17-CV-6609-FPG

DECISION AND ORDER

---

TROY MCRAE,

        Plaintiff,

v.

D.O. THOM, LT. MENSK, LT. KOWOLSKI,

        Defendants.

Case # 17-CV-6610-FPG

DECISION AND ORDER

TROY MCRAE,

                Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Defendants.

Case # 17-CV-6611-FPG

DECISION AND ORDER

*Pro se* Plaintiff Troy McRae filed these four cases alleging violations of his civil rights on August 31, 2017, along with a motion to proceed *in forma pauperis* in each case. By letter dated September 21, 2017, Plaintiff requests that these four cases "be closed for the time being, until I file my administrative claims. Thank you for the time and attention in the matter, and sorry for any inconvenience caused."

The Court interprets Plaintiff's letter as a request to voluntarily dismiss these four cases without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). That request is granted, and these four cases (17-CV-6608-FPG, 17-CV-6609-FPG, 17-CV-6610-FPG, and 17-CV-6611-FPG) are dismissed without prejudice. The pending motions to proceed *in forma pauperis* are deemed moot, and the Clerk of Court shall close these cases.

IT IS SO ORDERED.

Dated: September 25, 2017
       Rochester, New York

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court